# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRESHAUNDA HARTWELL, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURIAN FINANCIAL GROUP, INC. and BEACON HILL STAFFING GROUP, LLC,<br><br>Defendants. | Case No. 22-CV-1728 (NEB/DJF)<br><br>ORDER FOR DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on October 18, 2023 (ECF No. 69), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and all partis shall bear their own costs and fees.

Dated: October 18, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge